UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

WILLIAM M. LEE,                           )
                                          )
                    Plaintiff,            )
                                          )
          v.                              )          No. 4:22-cv-00053-TWP-DML
                                          )
B. BIRD Correction Officer,               )
MYERS Sgt. Correction Officer,            )
D. LOCK Sgt. Correction Officer,          )
PREVITERA Correction Officer,             )
                                          )
                    Defendants.           )

**Order Screening Complaint and Directing Further Proceedings**

Plaintiff William M. Lee is a prisoner currently incarcerated as a pretrial detainee at Floyd

County Jail in New Albany, Indiana. He alleges in this civil action that the defendants used

excessive force against him and failed to provide him medical treatment. Because Mr. Lee is a

"prisoner" as defined by 28 U.S.C. § 1915A(c), this Court has an obligation under 28 U.S.C.

§ 1915A(a) to screen his complaint before service on the defendants.

**I. Screening Standard**

Pursuant to 28 U.S.C. § 1915A(b), the Court must dismiss the complaint, or any portion of

the complaint, if it is frivolous or malicious, fails to state a claim for relief, or seeks monetary relief

against a defendant who is immune from such relief. In determining whether the complaint states

a claim, the Court applies the same standard as when addressing a motion to dismiss under Federal

Rule of Civil Procedure 12(b)(6). *See Cesal v. Moats*, 851 F.3d 714, 720 (7th Cir. 2017). To survive

dismissal,

> [the] complaint must contain sufficient factual matter, accepted as true, to state a
> claim for relief that is plausible on its face. A claim has facial plausibility when the

plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged.

*Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). Pro se complaints such as that filed by the plaintiff are construed liberally and held to a less stringent standard than formal pleadings drafted by lawyers. *Cesal*, 851 F.3d at 720 (citing *Perez v. Fenoglio*, 792 F.3d 768, 776 (7th Cir. 2015)).

## II. The Complaint

The complaint names four defendants: Officer B. Bird, Sgt. Myers, Sgt. D. Lock, and Officer Previtera. Mr. Lee alleges that on February 23, 2022, Sgt. Myers ordered Sgt. Lock to remove Mr. Lee from his dorm. Mr. Lee was handcuffed. When his jumpsuit fell to his ankles, he struggled to walk. He tried to explain to Officer Bird why he couldn't walk, but he was forced to the ground and assaulted by Myers, Lock, and Bird. Sgt. Lock choked Mr. Lee. Officer Previtera watched the attack and did not intervene.

Mr. Lee's injuries included a head wound, broken tooth, cuts, bruises, and neck and back pain. He was left in a padded cell for days with no shower or medical treatment. Due to his injured back, he could not stand. He was forced to urinate while lying on the floor. He seeks injunctive relief and money damages.

## III. Discussion of Claims

Eighth Amendment claims shall proceed against the defendants for excessive force, failure to protect, and deliberate indifference. This summary of claims includes all the viable claims identified by the Court. If Mr. Lee believes that additional claims were alleged in the complaint, but not identified by the Court, he shall have **through July 11, 2022,** in which to identify those claims.

**IV. Service of Process**

The **clerk is directed** pursuant to *Fed. R. Civ. P.* 4(c)(3) to issue process to the defendants

in the manner specified by Rule 4(d). Process shall consist of the complaint (dkt. [1]), applicable

forms (Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service

of Summons), and this Order.

       **IT IS SO ORDERED.**

DATE: 6/10/2022

                                    Hon. Tanya Walton Pratt, Chief Judge
                                    United States District Court
                                    Southern District of Indiana

Distribution:

WILLIAM M. LEE
65031
FLOYD COUNTY JAIL
Inmate Mail/Parcels
P.O. Box 1406
New Albany, IN 47150

B. Bird, employee
FLOYD COUNTY JAIL
311 Hauss Square
New Albany, IN 47150

Sgt. Myers, employee
FLOYD COUNTY JAIL
311 Hauss Square
New Albany, IN 47150

D. Lock, employee
FLOYD COUNTY JAIL
311 Hauss Square
New Albany, IN 47150

Officer Previtera, employee
FLOYD COUNTY JAIL
311 Hauss Square
New Albany, IN 47150